No. 697. JENKINS *v.* UNITED STATES.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. *John J. Bouhan* for appellant. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for the United States.

No. 595, Misc. JEFFERSON *v.* CALIFORNIA ET AL. Application for stay of execution denied. Petition for writ of certiorari to the Supreme Court of California denied. THE CHIEF JUSTICE took no part in the consideration or decision of these applications.